UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **BRITTNI MINOR** </br>             **Plaintiff,** | ) JURY TRIAL DEMANDED </br> ) </br> ) |
| v. | ) Case No. </br> ) |
| **LVNV FUNDING, LLC & PORTFOLIO RECOVERY ASSOCIATES, LLC** </br>             **Defendants,** | ) </br> ) </br> ) </br> ) |

## COMPLAINT

### I.    INTRODUCTION

1.  This is an action for actual and statutory damages brought by Plaintiff Brittni Minor an individual consumer, against Defendants, LVNV Funding, LLC and Portfolio Recovery Associates, LLC, for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II.    JURISDICTION AND VENUE

2.  Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact business in Waxahachie, Texas and the conduct complained of occurred in Waxahachie, Texas.

### III.    PARTIES

3. Plaintiff Brittni Minor (hereinafter "Plaintiff") is a natural person residing in Waxahachie, Texas. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Plaintiff's alleged "debt" as defined by the FDCPA, 15 U.S.C 1692a(5) the alleged debt at issue arose from a transaction entered into primarily for personal use.

5. Upon information and belief, LVNV Funding, LLC., is a South Carolina corporation with its principal place of business located at 55 Beattie Pl, Greenville, SC 29601.

6. Upon information and belief, Portfolio Recovery Associates, LLC., is a South Carolina corporation with its principal place of business located at 120 Corporate Blvd, Norfolk, VA 23502.

7. Defendants are engaged in the collection of debt from consumers using the mail and telephone. Defendants regularly attempt to collect consumers' debts alleged to be due to another.

### IV. FACTS OF THE COMPLAINT

8. Defendant, LVNV Funding, LLC., (hereinafter referred to as "LVNV") is a debt collector as defined by the FDCPA, 15 U.S.C 1692a(6).

9. Defendant, Portfolio Recovery Associates, LLC., (hereinafter referred to as "PRA") is a debt collector as defined by the FDCPA, 15 U.S.C 1692a(6).

10. On or about June 5, 2023, Plaintiff reviewed her credit report on Experian.com.

11. On the credit report, Plaintiff observed a trade line from LVNV and PRA.

12. LVNV being reported as furnishing a trade line of $722.00, allegedly owed to Credit One Bank N.A.

13. PRA being reported as furnishing a trade line of $3,004.00, allegedly owed to Synchrony Bank.

14. On June 5, 2022, Plaintiff made a dispute via telephone.

15. Plaintiff re-checked her consumer report on or about July 13, 2023, and the debt collector information was not marked as disputed. See **Exhibit A**. Defendant has had subsequent communication with the consumer reporting agencies and failed to communicate Plaintiff's dispute.

16. Debt Collector's publishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Plaintiff and caused severe humiliation, emotional distress, mental anguish, and damage to her FICO scores.

17. LVNV and PRA violated 15 U.S. Code 1692e(8) for not communicating that the Plaintiff disputed the debt.

## V. FIRST CLAIM FOR RELIEF
### (LVNV Funding, LLC & Portfolio Recovery Associates, LLC)
### 15 U.S.C 1692e(8)

18. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

19. The Debt Collectors violated the FDCPA.

20. The Debt Collectors violation include, but are not limited to, the following:

   (a) The Debt Collectors violated 15 U.S.C § 1692e(8) of the FDCPA by failing to disclose to the consumer reporting agencies that the alleged debt was disputed by Plaintiff.

21. Because Plaintiff disputed the debt, LVNV and PRA, when choosing to contact the consumer reporting agencies, were obligated to inform them of the disputed status of the accounts. See *Dixon v. RJM Acquisitions, L.L.C.*, 640 Fed. Appx. 793 (10th Cir. 2016) (Reversed summary judgment to the collection agency on the consumer's § 1692e(8) claim that after she had disputed a debt, the agency had nevertheless reported the debt without disclosing the disputed. The consumer created a genuine fact issue given that she said during the recorded conversation: "I feel that all I owe is $20." A reasonable fact finder could treat the statement as a dispute of the alleged $102.99 debt.); *Llewellyn v. Allstate Home Loans, Inc.*, 711 F.3d 1173 (10th Cir. 2013) ("We agree with the Eighth Circuit's interpretation of § 1692e(8) that a debt collector does not have an affirmative duty to notify [credit reporting agencies] that a consumer disputes the debt unless the debt collector knows of the dispute and elects to report to a CRA.")

22. As a result of the above violations of the FDCPA, Defendants are liable to Plaintiff for actual damages, statutory damages, and costs.

   **VI.   JURY DEMAND AND PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Brittni Minor respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collectors for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost and reasonable attorney's fees pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

**THE LAW OFFICE OF OTISE REED**
5444 Westheimer Rd, Suite 1000
Houston, TX 77056
Phone (832) 352-5505
Fax (832) 301-0905
attorney@otisereedlaw.com

By: /s/ *Otise Reed*
**OTISE REED**
Fed No. 2108596

# EXHIBIT A



Prepared For **BRITTNI MINOR**   Date generated: Jul 13, 2023

## Collection accounts

| LVNV FUNDING LLC | $722 |
|---|---|
| Original creditor: **CREDIT ONE BANK N.A.** | Closed |

### Account info

| | | | |
|---|---|---|---|
| Account name | **LVNV FUNDING LLC** | Balance | **$722** |
| Account number | **444796XXXXXXXXXX** | Balance updated | **Jul 05, 2023** |
| Original creditor | **CREDIT ONE BANK N.A.** | Original balance | **$722** |
| Company sold | **-** | Monthly payment | **-** |
| Account type | **Debt Buyer** | Past due amount | **$722** |
| Date opened | **Jan 18, 2023** | Terms | **1 Month** |
| Status | **Collection account. $722 past due as of Jul 2023.** | Responsibility | **Individual** |
| | | Your statement | **-** |
| Status updated | **Jan 2023** | | |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | – | – | C | C | C | C | C | – | – | – | – | – |

**C** Collection    — Data Unavailable

### Contact info

| Address | PO BOX 1269 GREENVILLE, SC 29602 |
|---|---|
| Phone number | (866) 464-1183 |

### Comments

-



Prepared For **BRITTNI MINOR**   Date generated: Jul 13, 2023

---

● **PORTFOLIO RECOV ASSOC**                                           $3,004
   Original creditor: **SYNCHRONY BANK**                               Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | **PORTFOLIO RECOV ASSOC** | Balance | $3,004 |
| Account number | 601918XXXXXXXXXX | Balance updated | Jun 23, 2023 |
| Original creditor | **SYNCHRONY BANK** | Original balance | $3,004 |
| Company sold | - | Monthly payment | - |
| Account type | **Debt Buyer** | Past due amount | $3,004 |
| Date opened | **Feb 11, 2023** | Terms | 1 Month |
| Status | Collection account. $3,004 past due as of Jun 2023. | Responsibility | Individual |
| | | Your statement | - |
| Status updated | Feb 2023 | | |

### Payment history

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | – | – | – | – | C | C | – | – | – | – | – | – |

C  Collection     —  Data Unavailable

### Contact info

| | |
|---|---|
| Address | **150 CORPORATE BLVD** <br> **NORFOLK,** <br> **VA 23502** |
| Phone number | (757) 519-9300 |

### Comments

-