IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRITTNI MINOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-01653-N |
| | § | |
| LVNV FUNDING, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

On October 11, 2024, Plaintiff Brittni Minor and Defendant LVNV Funding, LLC ("LVNV") filed a joint motion to dismiss with prejudice all claims in this case against LVNV. Then, on October 15, 2024, Minor and Defendant Portfolio Recovery Associates, LLC ("Portfolio Recovery") filed a joint motion to dismiss with prejudice all claims in this case against Portfolio Recovery. It is, therefore, ordered that Minor take nothing on her claims against Portfolio Recovery and LVNV, and those claims are dismissed with prejudice. All relief not expressly granted is denied. Court costs are taxed against Minor. This is a final judgment.

Signed October 16, 2024.

_____
David C. Godbey
Chief United States District Judge

FINAL JUDGMENT – PAGE 1